UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LEONARD ANTHONY BURROS,

        Petitioner,               Case No. 1:05cv701

v.                                    Hon. Robert J. Jonker

CINDI S. CURTIN,

        Respondent.
_____/

**ORDER AND JUDGMENT
APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 27, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 27, 2009, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that petitioner's habeas petition is DENIED. Rule 8, Rules Governing § 2254 Cases in the United States District Courts.


                                      /s/ Robert J. Jonker
                                    ROBERT J. JONKER
                            UNITED STATES DISTRICT JUDGE

DATED: March 18, 2009.